U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dear Clerk,

Enclosed herein find a Motion, a Notice, and Affidavit in support. These documents should be construed to be an appeal from the R.I. Supreme Court, with respect to the docket numbers on each instrument. The $5.00 filing fee for each appeal shall arrive under separate cover, noting each particular case the filing fee is for.

Please docket the receipt of this Appeal and the Motions. If I need to fill-out any forms please send them to me at the below listed address.

Again, please docket these Appeals. Thank you

Sincerely
Keith A. Werner
Box 100
S. Walpole MA 02071

EXHIBIT A