EXHIBIT B

Keith A. Werner
Box 100
S. Walpole, MA 02071

September 7, 2005

United States District Court
Federal Courthouse

Providence, R.I.

Re: State v. Keith A. Werner
Trial Court No's K2/88-490A, K1/90-804S; K1/92-875A; and, P2/91-1905 A.

Dear Clerk,

Enclosed herein find a check for $20.00, the cost of prosecuting each of the four case on a writ of habeas corpus appeal. Several days ago, I sent you a cover letter indicating that said letter should be construed ~~[illegible]~~ (KAW) to be an appeal from the Supreme Court of Rhode Island.