EXHIBIT C

(ICAW) UNITED STATES DISTRICT CT.

[redacted]

DISTRICT OF RHODE ISLAND

RECEIVED AUG 11 2005

KENT COUNTY SUPERIOR COURT

CRIMINAL DIVISION

No's K2/88-490A
K1/90-0804B
K1/92-0875A
P2/91-1905A

STATE OF RHODE ISLAND

v.

KEITH A. WERNER

EXHIBIT C

DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL RELATIVE TO POST-CONVICTION RELIEF ("HABEAS CORPUS)

Defendant, Keith A. Werner, requests this Honorable Court to appoint counsel to represent him in habeas corpus petitions in the above entitled actions. In support of this Motion, Mr. Werner has annexed hereto his Affidavit in Support.

WHEREFORE, in view of the substantial hardships and constraints

imposed on Mr. Werner, as well as the many and sundry facts attested to his Affidavit, the speedy, just and least expensive determination of the above-numbered actions would be best served by the appointment of counsel.

Dated: 7/15/05

Respectfully submitted,
Keith a. Werner
Keith A. Werner

EXHIBIT C

Certification

I hereby certify that I mailed a true copy of the within Motions and Affidavit to the Office of the Attorney General, 222 Quaker Lane Warwick, R.I. 02896, via first-class mail, post prepaid on this 15th day of July 2005.

Keith a. Werner