EXHIBIT D

UNITED STATES DISTRICT COURT

[redacted]

DISTRICT OF RHODE ISLAND

[redacted]TY SUPERIOR COURT

CRIMINAL DIVISION

No's K2/88-490A

STATE OF RHODE ISLAND K1/90-0804B

K1/92-0875A

v. P2/91-1905A

KEITH A. WERNER

ALTERNATIVE POSITION OF DEFENDANT IF MOTION FOR APPOINTMENT OF COUNSEL IS DENIED

TAKE NOTICE that in the event this Honorable Court denies the defendant's motion for the appointment of counsel in the above-numbered action, annexed hereto, then by necessity the defendant incorporates by reference the Affidavit of Keith Werner attached hereto

EXHIBIT D

which is in support of his motion for the appointment of counsel. Specifically, the defendant incorporates Paragraph 13 of said affidavit into the instant instrument.

Dated: 7/15/05

Respectfully submitted,
Keith A. Werner
Keith A. Werner
BOX 100
S. Walpole MA 02071

Certification

I hereby certify that I caused a true copy of the within instrument to ~~be~~ the office of the Attorney General 222 Quaker Lane, Warwick 02895, via First class mail, postage prepaid on 7/15/05

Keith A. Werner