EXHIBIT G

David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

September 15, 2005

Keith A. Werner
P.O. Box 100
South Walpole, MA 02071

Dear Mr. Werner,

The Court is in receipt of a check for $20.00 from Mary A. Werner. The letter attached to the check indicates that the check is in payment of four Habeas Corpus petitions. We do not have a record of any habeas corpus petitions filed by you, so the check is being returned to Mary A. Werner. I have enclosed a form for filing a Petition for Writ of Habeas Corpus.

Sincerely,

Concetta R. Zinni
Data Quality Administrator

cc: Mary Werner