EXHIBIT H

David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

October 7, 2005

Mary A. Werner
Bldg 6 Apt. 301
650 E. Greenwich Ave.
West Warwick, RI 02893

Dear Ms. Werner,

The court again is returning your check #0943 for $20.00 regarding four Habeas Corpus petitions for Keith Werner. The Court cannot accept your check at this time since Mr. Werner has not filed any petitions with this court. Please do not send this check to us until Mr. Werner files his petitions.

Sincerely,

Concetta R. Zinni

Concetta R. Zinni
Data Quality Administrator