UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEITH A. WERNER

v.  CA 05-517 ML

JOHN MARSHAL, et al.

## MEMORANDUM AND ORDER

On January 24, 2006, Magistrate Judge Almond issued his Report and Recommendation wherein he recommends that Plaintiff's Petitions for Writ of Mandamas [sic] and Prohibition [sic] be dismissed and that Plaintiff be granted 30 days to amend his pleadings to bring them in compliance with the Federal Rules of Civil Procedure and the local rules of this Court. Plaintiff has filed a timely objection.

This Court has reviewed the Report and Recommendation and Plaintiff's Objection. Having conducted its own *de novo* review, this Court finds that Plaintiff's objections are without merit and that the recommendations of the Magistrate Judge should be adopted.

Accordingly, this Court adopts the Report and Recommendation. Plaintiff's Petitions for Writ of Mandamas [sic] and Prohibition [sic] are DISMISSED. The Clerk is directed to forward Plaintiff another copy of the Section 2254 form used by this Court.

Plaintiff is granted 30 days to correct his filing.


SO ORDERED:

_____
Mary M. Lisi
United States District Judge
February 3, 2006